UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY SMITH,

        Plaintiff,

                           Case No.  2:14-cv-13795

v.                       District Judge David M. Lawson
                         Magistrate Judge Anthony P. Patti

THE FOOD BANK OF EASTERN
MICHIGAN,

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL (DE 22)

This matter is before the Court for consideration of Defendant's motion to dismiss, or in the alternative, motion to compel (DE 22) and Plaintiff's response (DE 24, 25, and 27).  Defendant's motion came before the Court for a hearing on October 15, 2015.  For the reasons stated on the record, Defendant's motion to compel is **GRANTED**. Specifically, the parties are bound to the following deadlines:

1.    Within **SEVEN DAYS OF THE DATE OF THIS ORDER**, Plaintiff is

        ordered to provide Defendant's counsel with signed authorizations for the

release of mental health[1], employment, and educational records to the extent

that she has not previously provided them, including but not limited to

authorizations for all providers, employers, or educational institutions

identified in her interrogatory answers.

2. Within **FOURTEEN DAYS OF THE DATE OF THIS ORDER**, Plaintiff

is ordered to appear for a deposition.  If Plaintiff does not appear for a

deposition within this timeframe or otherwise fails to comply with this order,

Defendant may renew its motion to dismiss and <u>I will enter a Report and</u>

<u>Recommendation that this case be dismissed pursuant to Federal Rule of</u>

<u>Civil Procedure 37</u>.

**IT IS SO ORDERED.**


Dated: October 16, 2015                    s/Anthony P. Patti
                                           Anthony P. Patti
                                           UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record
on October 16, 2015, electronically and/or by U.S. Mail.

                                           s/Michael Williams
                                           Case Manager for the
                                           Honorable Anthony Patti

---

[1] Releases for mental health treatment by *any provider* must be supplied for a
period going back seven years.

2