UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY SMITH,

        Plaintiff,

                                   Case No.  2:14-cv-13795
v.                             District Judge David M. Lawson
                               Magistrate Judge Anthony P. Patti

THE FOOD BANK OF EASTERN
MICHIGAN,

        Defendant.

_____/

## ORDER REQUIRING DEFENDANT TO PROVIDE DISCOVERY RESPONSES TO THE COURT

Plaintiff has filed multiple motions to compel discovery.  (DE 33, 35, 40, and 46.)  This matter is set for a hearing on December 23, 2015 to hear the pending motions.  In its response(s), Defendant contends that it has provided the discovery responses, making Plaintiff's motions moot.  (*See, e.g.,* DE 36 at 2.)  Defendant did not, however, provide its responses as an exhibit.

To aid in the Court's review, Defendant is hereby ordered to provide its responses to the discovery requests propounded by Plaintiff (excluding any documents provided).  Defendant shall file its responses on the Court's docket **ON OR BEFORE DECEMBER 22, 2015 at 5:00 p.m.**

**IT IS SO ORDERED.**


Dated: December 21, 2015          s/Anthony P. Patti
                                  Anthony P. Patti
                                  UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on December 21, 2015, electronically and/or by U.S. Mail.


                                  s/Michael Williams
                                  Case Manager for the
                                  Honorable Anthony P. Patti