UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY SMITH,

       Plaintiff,

                          Case No.  2:14-cv-13795
v.                              District Judge David M. Lawson
                          Magistrate Judge Anthony P. Patti

THE FOOD BANK OF EASTERN
MICHIGAN,

       Defendant.

_____/

## ORDER REQUIRING DEFENDANT TO PROVIDE PROOF OF SERVICE OF ITS MOTION TO PLAINTIFF 21 DAYS PRIOR TO FILING ITS MOTION FOR SANCTIONS

Defendant has filed a motion for sanctions. (DE 44.) In its motion, Defendant states that, on November 3, 2015, it "provided Plaintiff with a copy of this Motion and advised her that if she did not withdraw her request[s] . . ., Defendant would seek sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure." (Id. at 6.) Defendant did not, however, provide an exhibit demonstrating service of the motion on Plaintiff.

This matter is set for a hearing on December 23, 2015. To aid in the Court's review, Defendant is hereby ordered to provide evidence (e.g., the email sent to

Plaintiff on November 3, 2015) demonstrating that it complied with the "safe harbor" provision of Rule 11(c)(2) on the Court's docket **ON OR BEFORE DECEMBER 23, 2015 at 8:00 a.m.**

    **IT IS SO ORDERED.**

Dated: December 22, 2015        s/Anthony P. Patti
                                              Anthony P. Patti
                                              UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 22, 2015, electronically and/or by U.S. Mail.

                                              s/Michael Williams
                                              Case Manager for the
                                              Honorable Anthony P. Patti