UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY SMITH,

        Plaintiff,

v.

        Case No.  2:14-cv-13795
        District Judge David M. Lawson
        Magistrate Judge Anthony P. Patti

THE FOOD BANK OF EASTERN
MICHIGAN,

        Defendant.

_____/

## ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR SANCTIONS (DE 44)

On November 25, 2015, Defendant filed a motion for sanctions pursuant to Federal Rule of Civil Procedure 11.  (DE 44.)  The matter came before me for a hearing on December 23, 2015.  At the hearing, Defendant's counsel stated on the record that she wished to withdraw the motion.  Accordingly, Defendant's motion is denied as moot.

**IT IS SO ORDERED.**

Dated: December 23, 2015
        s/Anthony P. Patti
        Anthony P. Patti
        UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the document was sent to parties of record on December 23, 2015, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti
