UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY SMITH,

       Plaintiff,

                                 Case No. 2:14-cv-13795

v.                                     District Judge David M. Lawson

                                 Magistrate Judge Anthony P. Patti

THE FOOD BANK OF EASTERN
MICHIGAN,

       Defendant.

_____/

## ORDER STRIKING PLAINTIFF'S MOTION TO AMEND (DE 70)

On January 25, 2016, Plaintiff filed a document titled "Amended Complaint." (DE 62.) The Court struck that document from the docket because it was filed outside the requirements of Federal Rule of Civil Procedure 15 and did not "reproduce the entire pleading as amended" pursuant to Local Rule 15.1. (DE 64.)

The Court held an unrelated telephonic status conference with the parties in this action on February 3, 2016. During the conference, the Court reiterated to Plaintiff that, although she is proceeding without the assistance of counsel, she is obligated to follow the Federal Rules of Civil Procedure, the Local Rules of the

Eastern District of Michigan, and Judge Patti's practice guidelines.  This is the third time the Court has issued such a warning in this action, having also directed Plaintiff in this manner at the hearings on October 15, 2015 and December 23, 2015.

On February 3, 2016, after the telephonic conference, Plaintiff filed a document titled "Motion to Amend Lawsuit Due to Slander."  (DE 70.)  In the motion, Plaintiff again does not attach the entire pleading as amended, as she was *specifically warned against* in this Court's January 27, 2016 order.  (DE 64 at 2.)  Although failure to comply with the Local Rule alone is not grounds for denial of the motion, the Court will once again **STRIKE** Plaintiff's motion from the docket for failure to comply with the Local Rules and the Court's instructions.  Plaintiff is yet again instructed to refer to the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of Michigan, and Judge Patti's practice guidelines before filing additional motions.  Plaintiff is also reminded that no one in the courthouse can provide her with legal advice, including Judge Patti, his staff, Clerk's Office staff, or another party's attorney.

**IT IS SO ORDERED.**


Dated: February 5, 2016          s/Anthony P. Patti
                                 Anthony P. Patti
                                 UNITED STATES MAGISTRATE JUDGE

2

I hereby certify that a copy of the foregoing document was sent to parties of record on February 5, 2016, electronically and/or by U.S. Mail.

                                      s/Michael Williams
                                      Case Manager for the
                                      Honorable Anthony P. Patti